THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBA ACCARDO, Individually,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY; a Delaware Corporation doing business in Washington; GLORIA OSTLUND,<br><br>Defendants. | NO. 2:10-cv-01655 MJP<br><br>**STIPULATED MOTION FOR AN ORDER TO DISMISS WITH PREJUDICE AND ORDER OF DISMISSAL** |

## STIPULATED MOTION TO DISMISS

Plaintiff Reba Accardo and Defendants The Boeing Company and Gloria Ostlund, having settled this matter jointly, move the Court that the above-captioned action hereby be dismissed WITH PREJUDICE and without fees or costs to any party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED

| RIDDELL WILLIAMS P.S. | REBA ACCARDO |
|---|---|
| s/ Laurence A. Shapero<br>Laurence A. Shapero, WSBA #31301<br>Rebecca L. Andrews, WSBA #36035<br>Attorneys for Defendants The Boeing Company and Gloria Ostlund<br>Dated: 2/10/11 | s/ Reba Accardo, Pro Se, w/permission<br>Plaintiff<br>Dated: 2/11/11 |

STIPULATED MOTION AND ORDER OF DISMISSAL (10-01655) - 1

ORDER

Pursuant to the stipulated motion of the parties described above, IT IS HEREBY ORDERED that the parties' motion is GRANTED and this action is hereby dismissed with prejudice and without an award of fees or costs to any party.

DATED this _24th_ day of February, 2011.

_____
Marsha J. Pechman
United States District Judge

Presented by:

RIDDELL WILLIAMS P.S.

  s/ Laurence A. Shapero
Laurence A. Shapero, WSBA #31301
Rebecca L. Andrews, WSBA #36035
Attorneys for Defendants The Boeing Company and Gloria Ostlund

REBA ACCARDO

  s/ Reba Accardo, Pro Se, w/permission

STIPULATED MOTION AND ORDER OF DISMISSAL (10-01655) - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Gregory Anthony Williams
    tina@gawlaw.org,greg@gawlaw.org

A true and correct copy of the foregoing was also sent, via mail, postage prepaid, to the following who are **not** on the list to receive e-mail notices for this case and require manual noticing:

    Reba Marie Accardo
    14308 25TH AVENUE CT EAST
    TACOMA, WA 98445

DATED this 18th day of February, 2011

                        s/ Janine Fader
                        Janine Fader

STIPULATED MOTION AND ORDER OF DISMISSAL (10-01655) - 3