# United States District Court

### WESTERN DISTRICT OF WASHINGTON

REBA ACCARDO

v.

THE BOEING COMPANY, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C010-1655MJP

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

pursuant to the stipulation of the parties, the above-entitled matter is DISMISSED with prejudice.

_____February 24, 2011_____

_____WILLIAM McCOOL____
Clerk

_____/s/ Mary Duett_____
By Mary Duett, Deputy Clerk